AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

19-8382-WM

| United States of America | ) |
|---|---|
| v. | ) |
| David Abram Ziesel | ) Case No. 3:19MJ5346 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

FILED BY ✓ D.C.

SEP 25 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   David Abram Ziesel,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2113 Bank Robbery

Date:   09/24/2019

*Issuing officer's signature*

City and state:   Toledo, Ohio

James R. Knepp, II United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**

11:54 am Sep 24 2019

Clerk U.S. District Court
Northern District of Ohio
Toledo

United States of America
v.
David Abram Ziesel

    Defendant(s)

Case No.    3:19MJ5346

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 11, 2019__ in the county of __Paulding__ in the
__Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113 | Bank Robbery |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Mark L. Evans, SA FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 09/24/2019

_Judge's signature_

City and state:    Toledo, Ohio         James R. Knepp, II United States Magistrate Judge
_Printed name and title_

3:19mj5346

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO - WESTERN DIVISION
AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Mark Evans, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Cleveland Division, Toledo Resident Agency (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation hereafter referred to as FBI. I am currently assigned to the FBI's Northwest Ohio Violent Crimes Task Force in Toledo, Ohio, and have been so since September 2015. I have been a sworn law enforcement officer since 2003 and have participated in numerous investigations and arrests involving armed bank robberies.

2. This affidavit is submitted in support of a criminal complaint for David Abram Ziesel for Bank Robbery in violation of 18 U.S.C. 2113 (a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every

fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

4.  On September 10, 2019 at approximately 10:00 am Deputies with the Fulton County Sheriff's Department received a call in reference to a suspicious white van with no visible license plate seen circling the area of the Lyons State Bank, 133 East Morenci St., Lyons, Ohio, 43553.

5.  On September 10, 2019 Deputy A. Gladieux with the Fulton County Sheriff's Department reviewed video surveillance from cameras located in Lyons, Ohio, and images forwarded from a concerned citizen. Deputy A. Gladieux observed a white in color van, with a black roof, black rims and tires, no license plate, with something covering the rear windows. In some of the images a white male, later identified as David Ziesel, with a grey sweat shirt with a black stripe is observed driving.

6.  Additional review of video surveillance from Lyons State Bank and interviews of residents indicated that the van described above was in the area on September 9, 2019 at 10:53pm and parked in an adjacent parking lot at approximately 11:00pm.

7.  On September 10, 2019 Deputy M. Collum was advised of the vehicle description. A concerned citizen stopped Deputy M. Collum and advised that the vehicle was currently

parked at Village Mart, 118 N. Adrian St., Lyons, Ohio, 43533. Deputy M. Collum approached the vehicle and observed David Abram Ziesel placing Indiana License plate, VTH-394, onto the vehicle. Deputy Sheriff M. Collum made consensual contact with ZIESEL who was stopped in the parking lot. Deputy Sheriff M. Collum began talking to Ziesel and during the conversation Ziesel stated that he was visiting family in Manitou Beach, Michigan. Deputy Sheriff M. Collum observed that ZIESEL was wearing a long sleeve Chicago Bears shirt, dark sweat pants and black in white shoes.

8.  A criminal history search conducted on David Abram Ziesel indicated that in 2012 Ziesel pled guilty to Armed Bank Robbery, in violation of 18 US 2113 (a) and (d), in Indiana.

9.  On September 11, 2019 at approximately 0900 am a male wearing a grey sweatshirt with a black stripe, mask, dark in color pants, black and white shoes, and gloves entered into State Bank and Trust, 218 N. 1st St., Oakwood, Ohio, 45873. Once inside the bank the Unknown Subject, later identified as David Abram Ziesel implied that he was armed by keeping his hand under his shirt and demanded money. Both victim tellers complied with the demand and provided Ziesel with the money. During the robbery Ziesel told victim tellers that no one was going to get hurt here. The victim tellers were then ordered to the ground and Ziesel fled the scene.

10. Deputies with the Paulding County Sheriff's Department responded to State Bank and Trust, 218 N. 1st St., Oakwood, Ohio, 45873 and observed video images from the bank prior to the robbery. In surveillance images a white in color van, with a black roof, black rims and tires, with something covering the rear window can be observed circling the bank. Additional video review showed the van described above in the area the night of September 10, 2019.

11. During a canvass of the area surrounding the State Bank and Trust, Paulding County deputies located a witness who had seen the van on September 10, 2019, at approximately 10:30 pm. The witness informed the deputies that the van had turned around at the corner of Harmon Street and Auglaize Street, within the city of Oakwood, Ohio. From that intersection, it is possible to view the rear of the State Bank and Trust which is located at the opposite intersection of Harmon Street and N. 1st Street, in Oakwood, Ohio. It should be noted that the Village Mart in Lyons, Ohio, is approximately 60 miles from the State and Trust Bank in Oakwood, Ohio.

12. Deputies also located video surveillance from Rhee's Market, located at 105 Walnut Street, in Oakwood, Ohio. The video surveillance from Rhee's Market appeared to capture ZIESEL, between 8:00 am and 8:30 am on September 11, 2019. The video shows Ziesel exiting the van described above and

entering the store. ZIESEL was wearing a long sleeve Chicago Bears shirt, dark sweat pants and black and white shoes. An image from the video surveillance from Rhee's Market was presented to Fulton County Deputy Sheriff M. Collum. Deputy Sheriff M. Collum who recognized the person as ZIESEL and whom Deputy Sheriff M. Collum had interacted with on September 10, 2019, at the Village Mart in Lyons, Ohio.

13. On September 11, 2019 Paulding County Sheriff Deputies issued an arrest warrant for David Abram Ziesel for Aggravated Robbery, based upon the events that occurred at the State Bank and Trust, in violation of Ohio Revised code 2911.01 (a)1.

14. A records check determined that ZIESEL is on federal supervised release in the Southern District of Florida (SDFL Case Number 19-TP-80007-DMM). Supervision was transferred to the Southern District of Florida from the Northern District of Indiana on or about January 22, 2019. According to the Order Transferring Jurisdiction, ZIESEL was placed on supervised release on December 15, 2017, for armed bank robbery. The order also specified that ZIESEL shall remain on supervised release until December 14, 2020.

15. On September 12, 2019 David Abram Ziesel arrived at the office of Federal Probation, West Palm Beach, located at 501 S. Flagler Dr. West Palm Beach Florida. Zeisel was

    driving and in possession of keys for a white in color van, with a black roof, black rims and tires, with something covering the rear window. The vehicle had Florida license plate "Royal 90".

16. On September 12, 2019 David Abram Ziesel was transported to the West Palm Beach Police Department where he was interviewed. The interview was both audio and video recorded. Ziesel was provided his Miranda Warnings and waived his right to council. During the following recorded interview Zeisel indicated that following the robbery he left the area to travel back to Florida. Ziesel advised that he was the only person who had knowledge and that his wife, Shannon Ziesel, received no money. Ziesel further advised that she, Shannon Ziesel, would have received money from the robbery he completed in 2012.

17. The State Bank and Trust located at 218 N. 1st St., Oakwood, Ohio, 45873, is a federally insured institution.

Based on the foregoing, there is probable cause to believe that on September 11, 2019 within the Northern District of Ohio, Western Division, the defendant, David Abram Ziesel did unlawfully, knowingly and intentionally, rob State Bank and Trust located at 218 N. 1st St., Oakwood, Ohio, 45873, in violation of 18 U.S.C. 2113 Bank Robbery.

_____
Mark L. Evans
Special Agent
Federal Bureau of Investigation
Toledo, Ohio

Subscribed and sworn to before me this 24th day of September, 2019. _____.

_____
U.S. Magistrate Judge
James R. Knepp II